UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHAMPION RETAILCO, LLC,

      Plaintiff,

      v.                                           Case No. 1:23-cv-53
                                                          JUDGE DOUGLAS R. COLE

CHARLES PRICE III,

      Defendant.

## AGREED ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Champion Retailco LLC brought this action against Defendant Charles Price III with the filing of a Verified Complaint for Monetary and Injunctive Relief. Plaintiff also filed a Motion for Preliminary Injunction. The parties then agreed to resolve all outstanding issues in this action to avoid the costs, burdens, and risks of ongoing litigation. The Court has reviewed the non-confidential terms of the settlement, which are contained in this Agreed Order. The Court finds the parties' resolution to be in the best interest of the parties and the public.

**THEREFORE, UPON CONSENT OF THE PARTIES, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**, as follows:

    1.    From the date of the parties' filing of this Agreed Order:

    (a)    Defendant and other persons who are in active concert or participation with Defendant are enjoined from directly or indirectly using, disclosing, or otherwise misappropriating Plaintiff's trade secrets or using or disclosing Plaintiff's confidential and proprietary information;

    (b)    For six (6) months, Defendant is prohibited from directly or indirectly participating or engaging in, as an owner, partner, shareholder, employee, officer, director, independent contractor, consultant, advisor, or rendering services to an entity that competes with Plaintiff, including, without limitation, any company or

business that installs windows, doors, sunrooms, roofing, and/or siding, in the geographical area where Plaintiff is doing business, where Plaintiff marketed its products and/or services at the time of termination of Defendant's employment with Plaintiff, and where Plaintiff had a documented plan in place to commence conducting business at the time of the termination of Defendant's employment with Plaintiff;

   (c) For six (6) months, Defendant and other persons who are in active concert or participation with Defendant are prohibited from directly or indirectly diverting, soliciting, interfering with, or entering into a contract with Plaintiff's customers from which Plaintiff generated business during the twenty-four (24) months immediately preceding Defendant's separation from employment or from any prospective customers of Plaintiff known to Defendant during the twenty-four (24) months immediately preceding the termination of Defendant's employment with Plaintiff; or

   (d) For six (6) months, Defendant and other persons who are in active concert or participation with Defendant are prohibited from directly or indirectly employing or soliciting for employment any of Plaintiff's employees to compete with Plaintiff or inducing any of Plaintiff's employees to terminate their relationship with Plaintiff.

   2. Defendant and every person and entity acting in active concert or participation with them who receive actual notice of this Agreed Order whether by personal service or otherwise shall promptly return to Plaintiff or destroy all property of and all copies of property of Plaintiff in any of their possession or control.

   3. This action and any claims, actions, causes of action, or the like that could have been asserted in this action, are hereby dismissed with prejudice and barred forever; *provided, however*, this Court retains jurisdiction to enforce this Agreed Order and terms of the parties' settlement. Each party to bear its or his own costs, expenses, and attorney fees.

   **SO ORDERED.**

<u>March 31, 2023</u>
**DATE**              **DOUGLAS R. COLE**
                   **UNITED STATES DISTRICT JUDGE**

Agreed as to form and substance:

| | |
|---|---|
| /s/ *Richard E. Hepp* | /s/ *Tod J. Thompson* |
| JOSEPH N. GROSS (0055241) | TOD J. THOMPSON (0076446) |
| RICHARD E. HEPP (0090448) | **TOD J. THOMPSON, ATTORNEY** |
| **BENESCH, FRIEDLANDER,** | **AT LAW, LTD.** |
| **COPLAN & ARONOFF LLP** | 810 Sycamore Street |
| 200 Public Square, Suite 2300 | Cincinnati, Ohio 45202 |
| Cleveland, Ohio 44114-2378 | Telephone:   (513) 322-4348 |
| Telephone:                  (216) 363-4500 | Facsimile: (513) 322-4263 |
| Facsimile: (216) 363-4588 | Email:    tod@thompsonlaw.com |
| Emails:   jgross@beneschlaw.com | |
|            rhepp@beneschlaw.com | *Attorneys for Defendant* |
| | *Charles Price III* |
| *Attorneys for Plaintiff* | |
| *Champion Retailco, LLC* | |